NONPRECEDENTIAL DISPOSITION

To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Argued November 7, 2017
Decided May 16, 2018

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 16-3112

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Appeal from the United States District Court for the Eastern District of Wisconsin. |
| *v.* | No. 2:14-cr-00186-LA-2 |
| DEANGELO ANDERSON, *Defendant-Appellant*. | Lynn Adelman, *Judge*. |

**O R D E R**

Deangelo Anderson filed an appeal from his conviction and sentence, and on February 2, 2018 we upheld his conviction but ordered a limited remand as to his sentence so that the district court could determine whether it would have imposed the same sentence knowing that it could consider the mandatory sentence in light of *Dean v. United States*, 137 S. Ct. 1170 (2017). The district court responded that it would have imposed the same sentence, and we provided the parties an opportunity to respond. On May 9, 2018, the parties filed a joint statement agreeing that Anderson's argument regarding *Dean* has been resolved and stating that, because we had already rejected Anderson's other arguments, the judgment of the district court should be affirmed. We agree.

The judgment of the district court is AFFIRMED.